**RANDY E. THOMAS, ESQ. / SBN: 78411**
**JEANNINE I. MALDONADO, ESQ. / SBN: 285619**
**JONATHAN P. MARRS, ESQ. / SBN: 258525**
**LAW OFFICE OF RANDY E. THOMAS**
18826 N. Lower Sacramento Road, Suite G
P.O. Box 717
Woodbridge, CA 95258
Telephone:  (209) 369-9255
Facsimile:  (209) 369-9288

Attorney for Plaintiff
PHILLIP PARKER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP PARKER,<br><br>    Plaintiff,<br><br>    v.<br><br>ETHOSENERGY, JOHN WOOD GROUP, PLC, DAVID BLEVINS, an individual, and DOES 1-25 inclusive,<br><br>    Defendants. | Case No.: 2:16-CV-00238-WBS-AC<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT DAVID BLEVINS AND [PROPOSED] ORDER OF DISMISSAL OF DAVID BLEVINS WITH PREJUDICE** |

    Plaintiff PHILLIP PARKER by and through his respective counsel of record stipulate to the dismissal with prejudice of Defendant DAVID BLEVINS and any and all claims alleged by Plaintiff in his Complaint. The parties further stipulate that each side is to bear its own costs and attorney's fees associated with the claims against DAVID BLEVINS.

**Dated: May 27, 2016**          **LAW OFFICE OF RANDY E. THOMAS**

                                 */s/ Jeannine I. Maldonado*
                                 _____
                                 **BY: JEANNINE I. MALDONADO**
                                 **Attorney for Plaintiff**

/ / /

/ / /

/ / /

-1-

**Dated: May 27, 2016**                    THE KULLMAN FIRM, PLC

/s/ Melissa Samuel

―――――――――――――――――――――――
**MELISSA SAMUEL**
**Attorney for Defendants**

### ORDER

The parties having stipulated to dismissal of the Complaint as to Defendant DAVID BLEVINS only, the Court hereby orders dismissal with prejudice of DAVID BLEVINS only with each side to bear its own costs and attorney's fees.  The motion hearing set for June 13, 2016 is vacated.

**Dated:  June 2, 2016**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE