UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PHILLIP PARKER, | Civ. No. 16-00238-WBS-AC |
| Plaintiff, | |
| v. | |
| ETHOSENERGY POWER PLANT SERVICES, LLC., et al., | ORDER |
| Defendant. | |

----oo0oo----

Defendants EthosEnergy Power Plant Services LLC ("EthosEnergy") and John Wood Group PLC ("John Wood") submitted separate Motions for Summary Judgment. After the court granted both (Docket No. 49) and entered final judgment (Docket No. 50), defendants submitted cost bills. John Wood's cost bill totaled $267.13 (Docket No. 53) and EthosEnergy's totaled $1730.38 (Docket No 51.) Local Rule 292(c) provided plaintiff Phillip Parker ("Parker") with seven days from the date of service to

1

object, and Parker did not object to either bills of costs.

Rule 54(d)(1) of the Federal Rules of Civil Procedure and Local Rule 292 govern the taxation of costs, which are generally subject to limits set under 28 U.S.C. § 1920. See 28 U.S.C. § 1920 (enumerating taxable costs); Fed. R. Civ. P. 54(d)(1) ("Unless a federal statute, these rules, or a court order provides otherwise, costs--other than attorney's fees--should be allowed to the prevailing party."); E.D. Cal. Local R. 292(f); Crawford Fitting Co. v. J.T. Gibbons, Inc., 482 U.S. 437, 441 (1987) (limiting taxable costs to those enumerated in § 1920).

John Wood has requested $267.13 in costs based on services that were actually and necessarily performed, and EthosEnergy has requested $1730.38. After reviewing the bills, and in light of the fact that plaintiff has not objected, the court finds the requested costs to be reasonable. Accordingly, costs shall be taxed against plaintiff in the sum of $267.13 for defendant John Wood and in the sum of $1730.38 for defendant EthosEnergy Power Plant Services, LLC.

IT IS SO ORDERED.

Dated: November 3, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE