MELISSA SAMUEL (Ca Bar No. 186775)
ERIC MILLER (*pro hac vice*)
THE KULLMAN FIRM, PLC
4605 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70809
Telephone: (225) 906-4250
mms@kullmanlaw.com
em@kullmanlaw.com

HEATHER F. CROW (*pro hac vice*)
THE KULLMAN FIRM, PLC
1334 Timberlane Road, Suite 1
Tallahassee, FL 32312
Telephone: (850) 509-2840
hfc@kullmanlaw.com

SUSAN T. KUMAGAI (Ca Bar No. 127667)
REBECCA K. KIMURA (Ca Bar No. 220420)
LAFAYETTE & KUMAGAI LLP
1300 Clay Street, Suite 810
San Francisco, CA 94612
Telephone: (415) 357-4600
skumagai@lkclaw.com
rkimura@lkclaw.com

Attorneys for Defendants
ETHOSENERGY POWER PLANT SERVICES LLC,
AND JOHN WOOD GROUP PLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP PARKER,<br><br>    Plaintiff,<br><br> v.<br><br>ETHOSENERGY POWER PLANT SERVICES LLC, JOHN WOOD GROUP PLC, DAVE BLEVINS, an individual, and DOES 1-20, inclusive,<br><br>    Defendant. | No. 2:16-cv-00238-WBS-DB<br><br>**ORDER GRANTING DEFENDANT JOHN WOOD GROUP PLC'S MOTION TO APPEAR TELEPHONICALLY AT HEARING ON MOTION FOR ATTORNEY'S FEES**<br><br>**Judge: Hon. William B. Shubb**<br><br>**Date: January 8, 2018**<br>**Time: 1:30 p.m.**<br>**Dept.: Courtroom 5, 14th Floor** |

Regarding Defendant John Wood Group PLC's ("Defendant's") Motion to Appear Telephonically at the Hearing on Defendant's Motion for Attorney's Fees on January 8, 2018 at 1:30 p.m.:

After carefully considering Defendant's Motion,

**IT IS HEREBY ORDERED that Defendant's Motion to Appear Telephonically at the Hearing on Defendant's Motion for Attorney's Fees scheduled for January 8, 2018 at 1:30 p.m. is granted. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call. Defendant's counsel (Heather Crow)'s telephone number is (850) 509-2840.**

Dated: December 27, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE